Bryan D. Lamb (#197675)
Richard L. Frischer (#280339)
**LAMB & FRISCHER LAW FIRM, LLP**
1388 Sutter Street, Suite 815
San Francisco, CA 94109
(415) 997-9529
(415) 997-9272 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>WING ENTERPRISES, INC. dba LITTLE GIANT LADDER SYSTEMS; HOME DEPOT U.S.A.; and DOES 1-25, et al.<br><br>    Defendants. | Case No.   **4:16-CV-07191-JSW**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

**TO THE COURT:**

In accordance with the instruction of the Court, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: September **05**, 2017

**LAMB & FRISCHER LAW FIRM, LLP**

BY: _____

Bryan D. Lamb
Richard L. Frischer
Attorneys for Plaintiff