BRYAN D. LAMB (State Bar No. 197675)
RICHARD L. FRISCHER (State Bar No. 280339)
LAMB & FRISCHER LAW FIRM LLP
1388 Sutter Street, Suite 815
San Francisco, CA 94109
Telephone: (415) 997-9529
Facsimile:  (415) 997-9272

Attorneys for Plaintiff
William Evans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EVANS,<br><br>    Plaintiff,<br><br>    vs.<br><br>WING ENTERPRISES, INC. dba LITTLE GIANT LADDER SYSTEMS; HOME DEPOT U.S.A., INC. and DOES 1-25,<br><br>    Defendants. | Case No. 4:16-CV-07191-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff WILLIAM EVANS voluntarily dismisses with prejudice the above-entitled action against defendants WING ENTERPRISES, INC. dba LITTLE GIANT LADDER SYSTEMS and HOME DEPOT U.S.A., INC. This notice of dismissal is being filed with the Court pursuant to stipulation by all parties who have appeared.

Dated: September 20, 2017

LAMB & FRISCHER LAW FIRM LLP

By: _____
Bryan D. Lamb
Richard L. Frischer
Attorneys for Plaintiff William Evans

Dated: September 29, 2017

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____
Guy D. Borges
Jacy C. Dardine
Attorneys for Defendants
Wing Enterprises, Inc. dba Little Giant Ladder Systems
and Home Depot U.S.A., Inc.